IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Roosevelt Washington,

            Plaintiff,

  v.

Rodeway Inn,

            Defendant.

Case No. 2:25-cv-535

Judge Graham

Magistrate Judge Vascura

Order

This matter is before the Court for consideration of the May 28, 2025 Report and Recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the plaintiff's complaint be dismissed under 28 U.S.C. §1915(e)(2)(B) for failure to state a claim on which relief can be granted.

The Report and Recommendation specifically advised the parties of their right to file objections with fourteen days. The time period for filing objections has expired, and no party has objected to the Report and Recommendation.

Upon review, the Court agrees with the Report and Recommendation (Doc. 2), and it is hereby adopted. Plaintiff's complaint is dismissed for failure to state a claim on which relief can be granted.

                                                           *s/ James L. Graham*
                                                           JAMES L. GRAHAM
                                                           United States District Judge

DATE: June 18, 2025